UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-CR-152-HSM-HBG |
| v. | ) | |
| | ) | |
| CAROL J. PAZDER | ) | |

**O R D E R**

Magistrate Judge H. Bruce Guyton filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count 1of the five-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count 1 of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count1of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant may remain on bond under appropriate conditions of release [Doc. 4] pending sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 64] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw her not guilty plea to Count 1 of the Superseding Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Count 1of the Superseding Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count 1of the Superseding Indictment;

1

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release

pending sentencing in this matter which is scheduled to take place in Knoxville,

Tennessee, on **July 16, 2014, at 10:00 a.m.**, before the Honorable Harry S. Mattice,

Jr.

**IT IS SO ORDERED.**

**ENTER:**


                                        */s/Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE